Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.

No. 63468.—Miya Co., Inc., et al. *v.* United States, protests 58/9737, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.

No. 63469.—Miya Co., Inc., et al. *v.* United States, protests 59/162, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.

No. 63470.—Traveler Trading Co. *v.* United States, protest 58/11062 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of artificial flowers the same in all material respects as those the subject of Abstract 61346, the claim of the plaintiff was sustained.